Duran Eugene HORSFORD,
Plaintiff–Appellant,

v.

PAMUNKEY REGIONAL JAIL; M.N. White, Major, Deputy Superintendent, Pamunkey Regional Jail; Webel, Captain, Internal Affairs, Pamunkey Regional Jail; W.J. Fowler, Lt. Food Supervisor, Pamunkey Regional Jail, Defendants–Appellees.

No. 12–7974.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2013.

Decided: Jan. 23, 2013.

Duran Eugene Horsford, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duran Eugene Horsford appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Horsford v. Pamunkey Reg'l Jail,* No. 3:12–cv–00447–JRS (E.D.Va. Nov. 7, 2012).

**212**

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*